UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STAN OHM,**

          **Plaintiff,**

   v.                                       Case No. 2:24-cv-1954
                                            Judge Edmund A. Sargus, Jr.
**RANDY H. DUPREE,** *et al.***,**        Magistrate Judge Kimberly A. Jolson

          **Defendants.**

## **ORDER**

This matter is before the Court on the Order and Report and Recommendation issued by the Magistrate Judge on July 24, 2024. (Order and R&R, ECF No. 4.) In that Order and R&R, the Magistrate Judge granted Plaintiff's request to proceed *in forma pauperis* but after conducting an initial review, recommended that Plaintiff's claims be dismissed except for Plaintiff's malicious prosecution, abuse of process, and negligence claims against Defendant McRoberts. (*Id.* PageID 27, 31.) The Magistrate Judge also denied without prejudice Plaintiff's Motion to Appoint Counsel. (*Id.* PageID 34–35.)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). The failure to file written objections to a magistrate judge's report and recommendation waives a *de novo* determination by the district court of any issues addressed in the report and recommendation. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

1

Plaintiff was advised of his right to object to the Order and R&R and of the consequences of failing to do so (ECF No. 4, PageID 36), but did not file a timely objection. Accordingly, Plaintiff waived a *de novo* review of the Order and R&R.

The Court has reviewed the Order and R&R, agrees with the recommendations stated therein, and **ADOPTS** and **AFFIRMS** the Order and R&R. (ECF No. 4.) Plaintiff's claims, except for Plaintiff's malicious prosecution, abuse of process, and negligence claims against Defendant Brett McRoberts, are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

This case remains open.

**IT IS SO ORDERED.**

**9/10/2024**                         **s/Edmund A. Sargus, Jr.**
**DATE**                              **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**